**CITY OF TRENTON, Missouri, a Municipal Corporation, Respondent,**

v.

**Gary G. HANES, Appellant.**

**Nos. WD 46237, WD 46238.**

Missouri Court of Appeals, Western District.

Feb. 9, 1993.

John L. Young, Trenton, for appellant.

Christopher P. Raynes, Pickett & Raynes, Trenton, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and SPINDEN, JJ.

### ORDER

PER CURIAM:

Appeal from judgment of conviction for violation of city ordinances with fines assessed.

The judgment is affirmed. Rule 30.25(b).